UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-60157-DTKH

UNITED STATES OF AMERICA,

v.

LEE ROBERT MOORE,

    Defendant.
_____/

**PRETRIAL DETENTION ORDER**

    The Court, pursuant to 18 U.S.C. § 3142, commonly known as the Bail Reform Act of 1984, hereby ORDERS the Defendant, LEE ROBERT MOORE, detained prior to trial. The Court specifically finds that no condition or combination of conditions will reasonably assure Defendant's appearance in court or the community's safety. The Court makes the following findings of fact and statement of reasons for the detention:

    a.) **The nature and circumstances of the offense charged.**

    Defendant is charged by Indictment with (1) production/attempted production of child pornography in violation of 18 U.S.C. §§ 2251(a) and (e); (2) attempting to receive child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1); and (3) using a computer to persuade, induce, entice, or coerce a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b). If convicted, Defendant faces up to life in prison, a lifetime of supervised relief, a $250,000 fine, and a $5,000 special assessment.

    b.) **The weight of the evidence against Defendant.**

    The Court takes judicial notice of the Indictment, the Pretrial Services Report, and the Government's proffer in open court. Between August and October 2015, Defendant chatted

1

on the internet with an undercover police officer, who was posing as a 14 year old girl. Defendant identified himself as a 30 year old male. Defendant and the undercover officer had several sexual discussions. During these discussions, Defendant and the undercover officer exchanged sexually explicit pictures. In addition, Defendant and the undercover officer spoke of meeting in person.

    c.) **Defendant's history, characteristics, and criminal history.**

Defendant was born on July 22, 1978, and has a military background. Defendant spent four years as a U.S. Marine, and completed two years at the U.S. Naval Academy. Defendant is married with two children, ages one and three. Defendant was arrested on Delaware state charges based on the above conduct, and was held in pretrial detention as a risk of flight and danger to the community.

    d.) **The nature and seriousness of the danger to any person or the community that would be posed by Defendant's release, and the likelihood of Defendant's appearance in court if released.**

The Court finds that no condition or combination of conditions will reasonably assure Defendant's appearance in court or the community's safety. Defendant is facing serious charges. Defendant faces a maximum punishment of life in prison. In addition, access to the internet is widespread. Defendant has shown the ability to use the internet to engage in sexual communications with minors. Based on the foregoing, the Court finds that Defendant is both a flight risk and a danger to the community.

Accordingly, the Court ORDERS that Defendant is DETAINED. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity to consult

privately with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined must deliver Defendant to the United States Marshal for the purpose of a court appearance.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 12th day of September, 2016.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE