UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   16-60157-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ROBERT LEE MOORE,
    Defendant.
_____:

## PARTIES JOINT STATUS REPORT

Defendant, Robert Lee Moore, through undersigned counsel, and after consultation with Asst. United States Attorney Corey Steinberg, files this joint status report on behalf of both parties.

1. Discovery has not yet been received by Defendant, but he has been informed by the government that the initial response to the Standing Discovery Order will be filed shortly.

2. The government has informed undersigned counsel that in all likelihood she will need to travel to Washington, D.C. to review the forensic evidence and the images in this case.  Arrangements for this review will be made in the near future.

3. Defendant will be filing a motion to suppress physical and testimonial evidence.  This motion will be filed upon receipt of the government's evidence,

1

or by October 6, which is the date pretrial motions are due.  It is also likely that Defendant will be seeking additional time to file pretrial motions.

4. This case is set on the Court's October 11 calendar.  Defendant will not be ready to resolve the case, either by plea or trial, at that time.  He will shortly be filing an unopposed motion to continue.  There is also a possibility that pursuant to Rule 20 charges from at least one other district will be transferred to this District for resolution along with the instant case.

        Respectfully submitted,

        MICHAEL CARUSO
        Federal Public Defender

By:   s/*Robin C. Rosen-Evans*
       Robin C. Rosen-Evans
       Assistant Federal Public Defender
       Florida Bar No.  438820
       450 Australian Ave. S., Ste. 500
       West Palm Beach, Florida  33401
       Tel:  (561) 833-6288
       Fax: (561) 833-0368
       E-mail: *Robin_Rosen-Evans@fd.org*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        *s/ Robin C. Rosen-Evans*
                                        Robin C. Rosen-Evans