UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60157-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEE ROBERT MOORE,

    Defendant.
_____/

**DEFENDANT'S MOTION TO BRING COMPUTER
EQUIPMENT INTO COURTHOUSE FOR MOTION TO SUPPRESS**

    Defendant, Lee Robert Moore, through undersigned counsel, files this motion to bring computer equipment into the Courthouse for the Motion to Suppress which is scheduled before this Court tomorrow, December 6, 2016. Specifically, Defendant states:

    1. A motion to suppress physical and testimonial evidence is scheduled before this Court tomorrow December 6, 2016.

    2. At this motion hearing, Defendant intends to introduce into evidence and play for the Court his video taped statement given to law enforcement.

    3. Computer equipment, specifically a laptop, is needed to play the statement at tomorrow's hearing.

1

4. Defendant requests permission to bring a laptop into the Courthouse for tomorrow's motion to suppress hearing.

Respectfully submitted,
MICHAEL CARUSO

Federal Public Defender

By: s/*Robin C. Rosen-Evans*
Robin C. Rosen-Evans
Assistant Federal Public Defender
Florida Bar No. 438820
450 Australian Ave. S., Ste. 500
West Palm Beach, Florida 33401
Tel: (561) 833-6288
Fax: (561) 833-0368
E-mail: *Robin_Rosen-Evans@fd.org*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Robin C. Rosen-Evans*
Robin C. Rosen-Evans
