UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60157-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LEE ROBERT MOORE,

    Defendant.
_____/

## ORDER

THIS MATTER having come before the Court on Defendant's Motion to Bring Computer Equipment into the Courthouse for the Motion to Suppress set for Tuesday, December 6, 2016, and this Court having been advised as to the basis for this request; it is ORDERED AND ADJUDGED that Defendant's motion is GRANTED. Defendant may bring into the Courthouse on December 6, 2016, one (1) laptop computer.

DONE in Chambers, this 5th day of December 2016, at West Palm Beach, Florida.

                                                  */s/ Daniel T.K. Hurley*
                                                DANIEL T.K. HURLEY
                                                UNITED STATES DISTRICT COURT JUDGE

cc:    Robin C. Rosen-Evans, AFPD
        Corey Steinberg, AUSA
        Austin Berry, AUSA