UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60157-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LEE ROBERT MOORE,
    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION REQUEST FOR
TRANSFER OF RULE 20 CASE**

    Defendant, Lee Robert Moore, through undersigned counsel, files this unopposed request for the transfer of Case No. 17-60002-Cr-BLOOM to this Court for disposition with the instant case. As grounds for this request, Defendant states:

    1. Defendant is presently before the Court for charges of child enticement and attempted production of child pornography.

    2. As part of plea negotiations with the government, the parties agreed to Rule 20 from the District of Delaware Defendant's pending charge of transfer of obscene materials to a minor. The Delaware charge has been transferred to this District and drew Judge Bloom in Case No. 17-60002-Cr-BLOOM.

    3. Local Rule 3.9C provides for the transfer of an action or proceeding which involves subject matter which is a material part of the subject matter of another action or proceeding pending before the Court, and the transfer of which will provide for judicial economy. The parties have contemplated that Defendant would enter a guilty

plea to the conduct charged in 17-60002-Cr-BLOOM as part of any plea disposition in the instant case. The parties therefore request this Court accept the transfer of 17-60002-Cr-BLOOM for disposition with the instant case. Defendant is filing, simultaneous with the filing of this motion, a similar motion requesting the transfer of 17-60002-Cr-BLOOM, with Judge BLOOM.

3. Undersigned counsel has conferred with Asst. United States Attorney Corey Steinberg who has no objection to the granting of this motion.

WHEREFORE, Defendant respectfully requests this Court grant his motion for transfer of 17-60002-Cr-BLOOM to this Court for disposition with the instant case.

> Respectfully submitted,
>
> MICHAEL CARUSO
> Federal Public Defender
>
> By:   s/*Robin C. Rosen-Evans*
> Robin C. Rosen-Evans
> Assistant Federal Public Defender
> Florida Bar No. 438820
> 450 Australian Ave. S., Ste. 500
> West Palm Beach, Florida  33401
> Tel:  (561) 833-6288
> Fax: (561) 833-0368
> E-mail: *Robin_Rosen-Evans@fd.org*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Robin C. Rosen-Evans*
Robin C. Rosen-Evans